# THE LAW OFFICES OF WILLIAM A. ROCHÉ, ESQ.

792 CARMAN AVE., WESTBURY, NY 11590

TELEPHONE
516.308.1739

FACSIMILE
*516.619.0404

---

July 21, 2011

MAGISTRATE KATHLEEN A. TOMLINSON
United States Magistrate Judge
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

    Re:    RICHARD BREITSTEIN v. JAMES CRESS FLORISTS, LTD., ET. AL.
             Docket No. CV-00983-11

Dear Magistrate Tomlinson:

    Please be advised that this office represents the Plaintiff in the above-captioned action. After consultation with my adversary, Christopher Ring, Esq., all parties hereby represent that we are unaware of any electronically stored information that exists or that may be an issue with respect to discovery in this case.

    Accordingly, there will not be a need, at this time, for this Court to issue an Order with respect to electronically stored information. Thank you for your understanding in this regard.

                                                      Very truly yours,

                                                      William A. Roché, Esq.
                                                      Attorney for Plaintiff
                                                      RICHARD BREITSTEIN

cc:    Christopher Ring, Esq. (via facsimile)

---