# TSUNIS GASPARIS LUSTIG & RING LLP

JOHN C. TSUNIS
MARIA GASPARIS
LEONARD LUSTIG*
CHRISTOPHER P. RING
  * ADMITTED NY AND FL

COUNSEL
ROSE M. ELEFANTE

OF COUNSEL
JOSEPH R. ATTONITO
GEORGE G. DEMOS

November 8, 2011

Via E-Filing
and Facsimile (631) 712-5766

Honorable A. Kathleen Tomlinson
U.S. District Court, Eastern District
100 Federal Plaza, Courtroom 910
P.O. Box 9014
Central Islip, NY 11722-9014

     Re:    **Breitstein v. James Cress Florist, td., et. al./Index No. CV-11-0983**

Dear Magistrate Tomlinson:

       The undersigned is counsel to the Defendants in connection with the above-referenced action.

       In this regard, and in accordance with the Court's Individual Practice Rules, I am requesting an adjournment of the Status Conference presently scheduled for Thursday, November 10, 2011 at 10:00 am.  There have been no previous requests for adjournments or extensions of time by the Defendants.  The instant adjournment is necessary due to an unexpected hospitalization of a family member.  I have spoken with my adversary, William Roche, Esq., and informed him of the circumstances surrounding my request for an adjournment.  Mr. Roche has indicated to me that he does not object to the Court granting the present application.

       In closing, I would like to thank the Court for taking the time to review this application.

Very truly yours,

Christopher P. Ring

CPR/cw
Cc: William Roche, Esq. (via facsimile) (516) 619-0404